# PD-0708&0709&0710-15

CAUSE NOS: F13-40506-N
F13-40507-N
F13-40508-N

THE STATE OF TEXAS

V.

STANLEY, TERRY ANDREW

FILED IN
COURT OF CRIMINAL A~~ ~ ~

SEP 10 ~~~

Abel Acosta, C~~~~

IN THE JUDICIAL

DISTRICT COURT NO. 195th

DALLAS COUNTY, TEXAS

## MOTION TO ORDER COURT RECORDS

PURSUANT TO THE FREEDOM OF INFORMATION ACT,5 U.S.C.&552 AND/OR THE

PRIVACY ACT,5 U.S.C. AND 552a.

---

SEE ALSO: RULE 34(a) FED.R.CIV.P.; ART.39.14 AND ART.39.15(a)(c)
TEX.CODE CRIM. PRO.

---

TO THE HONORABLE JUDGE OF SAID COURT;

COMES NOW STANLEY, TERRY ANDREW, Defendant PRO SE and files this
MOTION TO ORDER THE CHIEF CLERK: ROBERTA WILLIAMS, to send all cop-
ies of the Defendants Court Records including any exhibits such as
photographs from his cellphone, discovery, and any other tangible
things, Defendant moves this Honorable Court to hear this Motion.
In support of same, Defendant would show the following:

### I

### JURISDICTION

THIS HONORABLE COURT: The Judicial District Court No. 195th of
Dallas County, Texas Presided by Honorable Judge Fred Tinsley has
jurisdiction and the rules of this Honorable Court to ORDER the
Chief Clerk Roberta Williams to send all the Defendant Court reco-
rds to him.

### II

### RELEVANT PROCEDURAL HISTORY

On January 17,2014, Defendant, was convicted in the Judicial

(1)

District Court No. 195th of Dallas County, Texas, and sentenced to 30 years in prison (T.D.C.J.-I.D.).

## III

## MOTION FOR CONVICTING RECORDS

On October 27,2014, Defendant filed Motion For Convicting Records in this Honorable Court, but the Court has not responded.

## IV

## DESIGNATION OF RECORDS ON APPEAL

On December 30,2014, Defendant filed his Designation Of Record On Appeal in this Honorable Court, but the Court has not yet responded.

## V

## THE SECOND
## DESIGNATION OF RECORD ON APPEAL

On January 14,2015, Defendant's Appellate Counsel Riann C. Moore prepared and filed the second Designation of Record On Appeal (motion), but to no avail, no response from this Honorable Court.

## VI

## LETTER TO APPELLATE COUNSEL

On January 29,2015, Defendant, posted a letter to his Appellate Attorney Riann C. Moore in which he requested his Attorney to furnish him with all his Court records, but to no avail.

## VII

## LETTER TO COURT STAFF

On June 4,2015, Defendant, posted his letter of request of his Court Records addressed to the Court Staff; COURT COORDINATOR CLAIR FOSTER, COURT REPORTER:SANDRA HUGHES, CHIEF CLERK ROBERTA WILLIAMS

and the DISTRICT CLERK:GARY FITZSIMMONS.

## VIII

### MOTION FOR EXTENTION OF TIME
### RULE 68.2(c) TEX.R.APP.P. ( To File PDR)

On June 4,2015, Defendant filed his Motion Of Extention Of Time To File PDR, because the Defendant has had no Court records and exhibits which he needs in order to prepare his MOTION FOR REHEARING, DESCRETIONARY REVIEW and the STATE HABEAS CORPUS ART.11.07. This Motion For Extention of Time to File PDR was GRANTED (60 days), with effect from 6/10/2015 to 8/21/2015, unfortunately this Honorable Court has not yet sent the Defendant's much needed Court records to him, Hence the Defendant is still inadequately equipped to file his Motion For Rehearing,PDR Descretionary Review and the STATE HABEAS CORPUS ART.11.07.

## IX

### SECOND MOTION FOR EXTENTION OF TIME
### IN WHICH TO FILE DESCRETIONARY REVIEW (PDR)

The Defendant has not yet recieved his Court records shown on the Designation of Records, Therefore the Defendant is at a disadvantage to prepare a reasonable MOTION FOR TRIAL, PDR and ART.11.07 STATE HABEAS CORPUS because he is not a lawyer who has readily access to legal tools and resources.

Hence, the Defendant contends that his cause will be undully prejudiced without the GRANT of his Court records as shown on the DESIGNATION OF RECORDS ON APPEAL. See, the enclosed copies of Defendant's requests for Court records.

See also:

Documents in the possession of a party's attorney may be required

to be produced: Schultz v. Butcher 24 F.3d 626,630 (4th cir.1994); In re Ruppert, 309 F.2d 97,98 (6th cir.1962). Rule 45 FED.R.CIV.P.

28 U.S.C. Section 1915 (d) (" The officer's of the court shall issue and serve all process and perform all duties in such cases") See U.S. v. Means, 741 F.2d 1053,1055 (8th cir.1984)(en banc)(point conceded by government):

Jackson v. Brinker, 147 F.R.D. 189,193 and n.1 (S.D.IND.1993) ("The Marshals service was directed to serve the plaintiff's subpoena pursuant to it's duties under 28 U.S.C. Section 1915(c)").

## X

## CONCLUSION

The Defendant contends that the above mentioned facts, arguments enclosed copies, and authorities clearly indicate that the Defendant has earnestly shown good cause to be GRANTED the request of court records in accordence with the DESIGNATION OF RECORD ON APPEAL.

## XI

## REQUEST FOR ORDER

After concideration of all the facts, arguments, authorities, and the Defendant's enclosed copies of the same subject, Defendant hereby requests the Honorable Judge Fred Tinsley to ORDER the Court Staff including the Court Chief Clerk Roberta Williams to obtain the Defendant's Court records, appellate brief, State's brief and the records listed on the DESIGNATION OF RECORD ON APPEAL and send all the records to the Defendant so that he will be able to prepare a reasonable MOTION FOR REHEARING,PDR, and STATE HABEAS CORPUS ART.11.07.

(4)

## XII

## SUPPORTING DOCUMENTS

Defendant's copies of Supporting Documents (exhibits) for his MOTION TO ORDER COURT RECORDS are enclosed. They are as follows:

1. Motion For Convicting Records

2. Designation of Record On Appeal

3. 2nd Designation of Record On Appeal (prepared and filed by Appellate Attorney Riann C. Moore)

4. Letter To Appellate Counsel

5. Letter To Court Staff

6. Motion For Extention Of Time

7. 2nd Motion For Extention Of Time in Which To File Discretionary Review (PDR)

## XIII

The Defendant prays that this Honorable Court will GRANT this MOTION TO ORDER COURT RECORDS. The Defendant also further requests this Honorable Court to GRANT him any other relief he may be entitled.

Respectfully Submitted,

Signed on this ___20th___ Day of ___August___ 2015 A.D.

Stanley, Terry Andrew
#1908398
Wynne Unit
810 FM 2821
Huntsville,Tx.77349-0001

CAUSE NOS. F13-40506-N
F13-40507-N
F13-40508-N


EX PARTE

STANLEY, TERRY ANDREW

IN THE JUDICIAL DISTRICT

COURT NO. 195th of

DALLAS COUNTY, TEXAS


## CERTIFICATE OF SERVICE

I, Stanley, Terry Andrew, Defendant certify that I've served my MOTION TO ORDER COURT RECORDS and copies of seven supporting documents to the Honorable Judge Fred Tinsley and District Attorney Mr. Craig Watkins, by U.S. Postal Service on _20th_ AUG. 2015 A.D.

ADDRESSED TO:

1. Mr. Gary Fitzsimmons, District Clerk
   Frank Crowley Courts Bldg.
   133 N. Riverfront Blvd., LB12
   Dallas,Tx. 75207-4313

2. Mr. Craig Watkins, District Attorney
   Frank Crowley Courts Bldg.
   133 N. riverfront Blvd., LB19

Respectfully Submitted,

Signed on this _20th_ Day of _August_ 2015 A.D.

Stanley, Terry Andrew
# 1908398
Wynne Unit
810 FM 2821
Huntsville,Tx.77349-0001